237-07/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BUNGE S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Lawrence J. Kahn (LK 5215)

JUDGE BUCHWALD

07 CV 7512

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BUNGE S.A.,

                Plaintiff,

  - against –

ASHAPURA MINECHEM LTD.,

                Defendant.
------------------------------------------------------------x

07 CIV _____ (     )

**RULE 7.1 STATEMENT**

AUG 24 2007
U.S.D.C. S.D.N.Y.
CASHIERS

BUNGE S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       August 24, 2007

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff BUNGE S.A.

By: _____
     Lawrence J. Kahn (LK 5215)
     80 Pine Street
     New York, NY 10005
     (212) 425-1900
     (212) 425-1901 fax

NYDOCS1/282535.1